# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN DOE, as Guardian for J. Doe, a minor, et al., <br><br> Plaintiff, <br><br> vs. <br><br> LYON COUNTY SCHOOL DISTRICT, et al., <br><br> Defendants. | 3:12-cv-00583-MMD-WGC <br><br> **MINUTES OF THE COURT** <br><br> May 28, 2013 |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

It has come to the attention of the court that this case has been assigned to U.S. Magistrate Judge William G. Cobb.

Counsel for defendant Lyon County School District is Ann M. Alexander, Esq., of the Erickson, Thorpe & Swainston, Ltd., law firm. Prior to his appointment as U.S. Magistrate Judge, William G. Cobb was a shareholder in the Erickson, Thorpe & Swainston, Ltd., law firm. Because of his previous affiliation with Erickson, Thorpe & Swainston, Ltd., Judge Cobb hereby recuses himself from further proceedings in this case.

IT IS HEREBY ORDERED that the Clerk shall draw another Magistrate Judge to be assigned to this case.

**IT IS SO ORDERED.**

                                                            LANCE S. WILSON, CLERK

                                                            By:   <u>      /s/                              </u>
                                                                            Deputy Clerk