**STIP**
ROBERT A. DOTSON, ESQ.
Nevada State Bar No: 5285
rdotson@laxalt-nomura.com
JUSTIN C. VANCE, ESQ.
Nevada State Bar No. 11306
jvance@laxalt-nomura.com
HOLLY S. PARKER, ESQ.
Nevada State Bar No. 10181
hparker@laxalt-nomura.com
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, NV 89521
Tel: (775) 322-1170
Fax: (775) 322-1865
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE, AS GUARDIAN AD LITEM FOR J. DOE, a minor, and JOHN DOE and JANE DOE, individually,<br><br>Plaintiffs,<br>vs.<br><br>LYON COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; NOLAN GREENBERG, individually, LESLIE PETERS, individually, and DOES 1-100,<br><br>Defendants. | Case No.: 3:12-cv-00583-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs JOHN DOE, AS GUARDIAN AD LITEM FOR J. DOE, a minor, and JOHN DOE AND JANE DOE, individually, by and through their counsel, LAXALT & NOMURA, LTD., and Defendants LYON COUNTY SCHOOL DISTRICT, NOLAN GREENBURG, AND LESLIE PETERS, by and through their counsel, ERICKSON THORPE & SWAINTSON, LTD., hereby stipulate and agree that Plaintiffs' Complaint be dismissed with prejudice, as this

1

case has been resolved.  The parties further stipulate and agree that each party is to bear its own attorney's fees and costs incurred in this matter.

Dated this 21st of April, 2014                                  Dated this 21st of April, 2014

/s/*Justin Vance*                                                          /s/*Ann Alexander*
ROBERT A. DOTSON, ESQ.                              ANN M. ALEXANDER, ESQ.
Nevada Bar No. 5285                                          Nevada Bar No. 7256
JUSTIN C. VANCE, ESQ.                                   Erickson Thorpe & Swainston, Ltd.
Nevada Bar No. 11306                                        99 W. Arroyo St.
HOLLY S. PARKER, ESQ.                               Reno, Nevada  89505
Nevada Bar No. 10181                                        T: (775) 786-3930
Laxalt & Nomura, Ltd.                                         F: (775) 786-4160
9600 Gateway Dr.                                                 Attorney for Defendants
Reno, Nevada  89436
T:  (775) 322-1170
F:  (775) 322-1865
Attorneys for Plaintiffs

IT IS SO ORDERED

_____
DISTRICT JUDGE

DATED:__April 22, 2014____

2